UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MICHAEL KOEGLER,

              Plaintiff,

  -against-

LIBERTY MUTUAL INSURANCE
COMPANY, PAMELA WOODARD
individually and on behalf of her
daughter NATALIE ALYSSA KOEGLER,

              Defendants.
------------------------------------------------------------x

Civil Action No. 08 CV 7645

**LIBERTY MUTUAL'S LOCAL CIVIL RULE 7.1 STATEMENT**

RECEIVED AUG 29 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    None.

Dated: New York, New York
       August 27, 2008

Yours, etc.,

JAFFE & ASHER LLP

By: _____
   Marshall T. Potashner (MTP-3552)
Attorneys for Defendant-Petitioner
LIBERTY MUTUAL INSURANCE COMPANY
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000


JUDGE McMAHON