UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MICHAEL KOEGLER,

        Plaintiff,

    -against-

LIBERTY MUTUAL INSURANCE
COMPANY, PAMELA WOODARD
individually and on behalf of her
daughter NATALIE ALYSSA KOEGLER,

        Defendants.

-------------------------------------------------------X

Civil Action No.
08 Cv. 7645 (CM)(MHD)


**STIPULATION AND ORDER
EXTENDING TIME TO
RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the

undersigned, that defendant Liberty Mutual Insurance Company's time f to answer, move

or otherwise respond to the Complaint in this action shall be and hereby is extended until

and including the September 19, 2008.

Dated: New York, New York
      September 2, 2008

JAFFE & ASHER LLP

By: _____
    Mark P. Monack (MM-0187)
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE CO.
600 Third Avenue, Ninth Floor
New York, New York 10016-1901
(212) 687-3000

SO ORDERED:

_____
Hon. Colleen McMahon, U.S.D.J

9-2-08

SARETZKY GLASS DRANOFF &
    KATZ, L.L.P.

By: _____
    Allen L. Sheridan (AS-0960)
Attorneys for Plaintiff
MICHAEL KOEGLER
475 Park Avenue South
New York, New York 10116
(212) 973-9797

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```